**Order filed November 20, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01030-CV
_____

### IN RE BARRY DWAYNE MINNFEE, Relator

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 07-DCV-158888**

---

## ORDER

On November 13, 2012, relator, Barry Dwayne Minnfee, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Barry Dwayne Minnfee has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101 of the Texas Civil Practice and Remedies Code. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012).

Under section 11.103(a), the clerk of this court may not file an original proceeding presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d) (West Supp. 2012). This court will therefore consider dismissal of this appeal unless Barry Dwayne Minnfee, within 10 days

of the date of this order, shows that he has obtained an order from the local administrative judge permitting the filing of this original proceeding.  *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) (West Supp. 2012).


PER CURIAM